F. William Stocker, Incorporated, Appellant, v. William E. Ficklen and Another, Respondents. — Order affirmed, with ten dollars costs and disbursements.   No opinion.   Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.